UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLARK L. THOMAS,<br><br>          Plaintiff,<br><br>vs.<br><br>SECRURITAS SECURITY SERVICES USA, INC.,<br><br>          Defendants. | Case No. 2:12-cv-01492-PMP-GWF<br><br>**ORDER**<br><br>Request to Strike (#19) |

This matter comes before the Court on Plaintiff Carl L. Thomas' ("Plaintiff") Request to Strike (#19) Defendant Securitas Security Services USA, Inc.'s ("Defendant") Joint Status Report, filed on October 15, 2012. In the instant Request, Plaintiff raises several complaints regarding Defendant's Joint Status Report (#7), which the Court has difficulty comprehending. Both Plaintiff and Defendant have had an opportunity to file their "Joint" Status Report (#7, #12). The Court therefore finds no good cause to strike Defendant's Status Report. Furthermore, the Court cautions Plaintiff that it agrees with Defendant that Plaintiff's continued filing of improper motions may result in imposition of sanctions. *See* Doc. #7 at 2:13. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Request to Strike Defendant's Unilateral Joint Status Report Regarding Removed Action (#19) is **denied.**

DATED this 19th day of October, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge