# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLARK THOMAS, | 2:12-CV-01492-PMP-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| SECURITAS SECURITY SERVICES USA, | |
| Defendant. | |

**IT IS ORDERED that** Plaintiff's fully briefed Motion for Judgment (Doc. #14) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Counter Motion to Strike (Doc. #18) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike (Doc. #22) is **DENIED**.

DATED: November 5, 2012.

PHILIP M. PRO
United States District Judge